IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


FILED
UNITED STATES DISTRICT COURT
ER, OLC

JUL 0 9 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01215-BNB

ANDREW HIDALGO, In Behalf of Themselves and All Others Interested,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp, Florence,

    Respondent.

## ORDER OF DISMISSAL

Applicant Andrew Hidalgo is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. On May 15, 2009, Mr. Hidalgo submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Magistrate Judge Boyd N. Boland entered an order, on May 27, 2009, directing the Clerk of the Court to commence a civil action and instructing Mr. Hidalgo either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or to pay the filing fee. Mr. Hidalgo was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Hidalgo now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. The Court has reviewed the

case file, concurs with Magistrate Judge Boland's determinations, and finds that the action should be dismissed for failure to cure the noted deficiency.

The Court, however, does note that Mr. Hidalgo stated at the top of the Civil Cover Sheet, which he submitted to the Court with his Application, that $5.00 was sent under different cover. Nonetheless, upon investigation by the financial division of the Clerk of the Court, no payment was received from Mr. Hidalgo. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiency within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 8 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01215-BNB

Andrew Hildago
Reg No. 06447-280
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  7/9/09  .

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk